IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC.
      PELVIC REPAIR SYSTEM                          MDL NO. 2440
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Tidwell v. Cook Medical, Inc., et al.*                     Civil Action No. 2:13-cv-31744

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order of this date, the court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTERED: April 7, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE